**Order filed May 28, 2015**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

**NO.  14-14-00090-CR**

———————

**ESTHER GARCIA  ORTEGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1769477**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 17, an audio recording of statement.**

The clerk of the County Criminal Court at Law No 4 is directed to deliver to the Clerk of this court the original of State's Exhibit 17, an audio recording of statement, on or before **June 08, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 17, an audio recording of statement, to the clerk of the County Criminal Court at Law No 4.

PER CURIAM